## Ritzinger, Appellant, *v.* McGrath.

Argued March 19, 1974. *Harry J. Martin, Jr.,* for appellant; *F. Kirk Adams,* for appellee.

OPINION PER CURIAM: Judgment affirmed on the opinion of LIPPINCOTT, J., of the court below.

## Roman *v.* Shapiro et al., Appellants.

Argued March 28, 1974. *Rudolph J. DiMassa,* for appellants; *Joseph V. Restifo,* for appellee.

Order affirmed.

## Safeguard Mutual Insurance Company, Appellant, *v.* Jenkins.

Argued March 26, 1974. *Henry B. FitzPatrick, Jr.,* with him *Liebert, Short, FitzPatrick* and *Lavin,* for appellant; *Jacob S. Richman,* with him *Richman and Richman,* for appellees.

Order affirmed.

VAN DER VOORT, J., dissents.